CORNEL CALINESCU *v.* CFD ASSOCIATES ET AL.
(14773)

Dupont, C. J., and Lavery and Heiman, Js.

Submitted on briefs December 14, 1995—decision released January 23, 1996

*Brian S. Karpe* filed a brief for the appellant (plaintiff).

*David W. Schoolcraft* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.